IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JUSTIN ORTEGA,

        Petitioner,                      No. CIV S-08-1293 EFB P

   vs.

EVANS,

        Respondent.              <u>ORDER</u>

                           /

       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

       Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

       2. The Clerk of Court shall assign a new case number.

/////

/////

/////

/////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2        United States District Court
           Eastern District of California
3        2500 Tulare Street
           Fresno, CA 93721.

4

5    DATED: June 25, 2008.

6                                              _____
7                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE